Walter FERGUSON; Charlene Ferguson, Plaintiffs–Appellants,

v.

OPTION ONE MORTGAGE CORPORATION, now known as Sand Canyon Corporation; American Home Mortgage Servicing, Incorporated, servicing agent for U.S. Bank, NA; U.S. BANK, N.A., trustee for Structured Asset Management Securities Corpo-ration; Structured Asset Management Securities Corporation; Aurora Loan Services LLC, as signatory for Mortgage Asset Pass–Through Certificates Series 2006–BC6; Mortgage Asset Pass–Through Certificates Series 2006–BC6, an asset-backed securitized mortgage pool; Shapiro and Ingle, LLP; Andrew Hayes, trustee, Defendants–Appellees.

No. 12–2248.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2013.

Decided: March 12, 2013.

Walter Ferguson, Charlene Ferguson, Appellants Pro Se. Brett Michael Shockley, Mcguire Woods, LLP, Charlotte, North Carolina; Megan E. Miller, Hunton & Williams, LLP, Charlotte, North Carolina; Jason Kenneth Purser, Shapiro & Ingle LLP, Charlotte, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter and Charlene Ferguson appeal the district court's order dismissing their complaint for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

358

sons stated by the district court. *Ferguson v. Option One Mtg. Corp.*, No. 1:11–cv–00670–CCE–LPA (M.D.N.C. Sept. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*